UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                          CASE NO. 1:00-CR-159

                          HON. ROBERT HOLMES BELL

JAMES SHYQUAN FLOWERS,

    Defendant.
_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation will be conditionally adopted by this Court pending the time period for filing objections to the report.

**ACCORDINGLY, IT IS HEREBY ORDERED** that defendant's terms and conditions of supervised release are amended to include:

    Defendant shall be placed at the Community Alternative Program in Grand Rapids, Michigan, for a period of six (6) months, with work release privileges. Defendant's placement at CAP will be reviewed in three months, with consideration being given to allowing defendant to live independently if he has completely complied with CAP's program requirements and he has had no other violations of the conditions of his supervised release.

Date:   March 22, 2007          /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  CHIEF UNITED STATES DISTRICT JUDGE