UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                   CASE NO. 1:00-CR-159

v.

                                                   HON. ROBERT HOLMES BELL

JAMES SHYQUAN FLOWERS,

       Defendant.
_____/

**ORDER CONDITIONALLY ADOPTING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation will be conditionally adopted by this Court pending the time period for filing objections to the report.

       **ACCORDINGLY, IT IS HEREBY ORDERED** that the defendant's conditions of supervised release are modified to discharge him from the Community Alternatives Program ("CAP") on June 26, 2007.

Date:   June 22, 2007                /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       CHIEF UNITED STATES DISTRICT JUDGE